IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60527
Summary Calendar
_____

SAJJAD HAIDER RIZVI;
IQRAR HAIDER RIZVI;
NABIHA HAIDER RIZVI;
MUBASHIRA SAJJAD RIZVI,

                                        Petitioners,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA Nos.
A29-924-885
A71-509-654
A71-509-655
A71-509-656
- - - - - - - - - -
May 3, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

     This is a petition for review of the Board of Immigration
Appeals' decision dismissing the appeal from the immigration
judge's decision to deny an application for asylum.  We have
reviewed the record and the briefs and determine that the
decision of the Board is supported by substantial evidence.  See
Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996).  The

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

petition for review is DENIED.